No. 931. Del Vecchio et al. v. Bowers. May 27, 1935. Petition for writ of certiorari to the United States

Court of Appeals for the District of Columbia granted. *Mr. James E. McCabe* for petitioners. No appearance for respondent.